UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV480 CDP |
| ) | |
| LMD MARKETING OF ) | |
| OKLAHOMA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant SMG II's motion to strike plaintiff's prayer for attorney's fees. Pursuant to local rule, this Court resolves issues relating to attorney's fees by motion at the conclusion of the case. See E.D.Mo. L.R. 8.02. For this reason, I am denying the motion to strike without prejudice to defendant's right to contest the availability of an attorney's fees award at the conclusion of this case, if necessary.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to strike [#19] is denied without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of December, 2005.