UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY HUGHES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:05CV480 CDP |
| LMD MARKETING OF OKLAHOMA, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on defendants' request to be reached during the first week of my July 10, 2006 trial docket. Defendants' request will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the **non-jury trial of this matter, currently set for July 10, 2006, will be reached first on my docket.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of March, 2006.